IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERENCE C. ATKINS,
    Petitioner,

v.                                            Case No.:  3:06cv87/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## ORDER

       This cause is before the court on Petitioner's Motion for Stay and Abeyance (Doc. 14). Petitioner requests that the court stay his federal habeas petition to allow him to present his unexhausted claims to the state court and then return to federal court for review of his perfected petition.  Petitioner cites Rhines v. Weber, 544 U.S. 269, 125 S. Ct. 1528, 161 L. Ed. 2d (2005) in support of his motion.

       In Rhines, the Supreme Court held that the district court should stay, rather than dismiss, a "mixed" petition if "the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics."  544 U.S. at 278.  In the instant case, Petitioner has stated no reason for his failure to exhaust, thus he has failed to satisfy the "good cause" prong of the Rhines standard.

       Accordingly, it is **ORDERED**:

       Petitioner's Motion for Stay and Abeyance (Doc. 14) is **DENIED**.

       **DONE AND ORDERED** this 13th day of July 2006.


                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**