# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

TERENCE C. ATKINS

    VS                                                           CASE NO.  3:06cv87MCR/EMT

JAMES R. McDONOUGH

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     April 16, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME (ten (10) days to file objections to Report and Recommendation)
Filed by: _____Petitioner_____ on 4/16/07 Document 27
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              /s/ *Lynn C. Uhl*
                                              Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 18th day of April, 2007, that:

    The requested relief is GRANTED.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____
_____