**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TERENCE C. ATKINS,

      Petitioner,

vs.                                  Case No.: 3:06cv87/MCR/EMT

JAMES R. McDONOUGH,

      Respondent.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 3, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

      **DONE AND ORDERED** this 16th day of May, 2007.

                               s/ *M. Casey Rodgers*

                                **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**